IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**ANGELA CATLETT**                                                                      **PLAINTIFF**

**v.**                               **CASE NO. 3:24-CV-00097-BSM**

**MALLORY WEST,** *et al.*                                                          **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 10th day of July, 2024.

_____
UNITED STATES DISTRICT JUDGE